UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 26 PM 2:20

CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Morris Alvin Gweh, ) | |
| aka "Kevin Freeman", aka "Kevin Parker" ) | Case No: 4:10CR00159-1 |
| aka "Sammy Greco Gweh", aka "Anthony Martin, Jr." ) | |
| ) | USM No: 57563-112 |
| Date of Original Judgment: March 8, 2011 ) | Richard M. Darden and Dennis A. O'Brien |
| Date of Previous Amended Judgment: ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __144__ months **is reduced to** __115 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __March 8, 2011__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __5/26/15__

*Judge's signature*

Effective Date: __November 1, 2015__
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*